# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WILLIAM EDWARD SANDERS,

    Plaintiff,

v.

Case No. 3:21-cv-140-BJD-PDB

SEAN PATRICK O'NEAL and
MICHELLE LAWS SEVIER,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal with Prejudice (Doc. 12; Stipulation) filed on May 9, 2022. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 13th day of May, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record